IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00305-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ANTHONY MCLAMB,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's Emergency Motion for Temporary Release. DE 24. Defendant requests that the court grant him a furlough for the purpose of attending his brother's funeral. *Id.* at 1–3. "Federal courts do not grant temporary release in every case in which a criminal defendant who is detained has a relative who dies." *United States v. Armachain*, No. 1:17-CR-104, 2019 WL 4559368, at *1 (W.D.N.C. Sept. 19, 2019). After careful consideration of the Defendant's criminal history including a record of failing to appear, criminal activity while under supervision, and violations of probation and supervised release, Defendant's Motion is DENIED.

SO ORDERED this 5th day of July, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE